## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Luis Santiago,**
           **Plaintiff**

      **V.**

**One World Technologies, et al.,**
           **Defendant**

**CIVIL ACTION**

**NO.  09-10768-NMG**

### Order of Dismissal
### June 17, 2010

**Gorton, D. J.**

In accordance with the Courts allowance of defendants motion to dismiss (docket no. 15), it is hereby Ordered this case is dismissed with prejudice.

**Approved,**

 /s/ Nathaniel M. Gorton
**United States District Judge**

**By the Court,**

 /s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[odism.]